IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN C. LARGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. CIV 13-409-RAW-SPS |
| BECKHAM COUNTY, et al., | ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections who is incarcerated at John Lilley Correctional Center in Boley, Oklahoma, has filed this civil rights complaint pursuant to 42 U.S.C. § 1983. He alleges, among other things, that he was attacked, false charges were filed against him, and he was not allowed to have a restraining order to keep persons from gaining illegal access to his bank accounts. The defendants are the Beckham County police, jail staff, and informants, along with Lawrence Lucas Large, the owner of Elite Digital Solutions in Elk City, Oklahoma. All of these defendants appear to be located within the territorial jurisdiction of the United States District Court for the Western District of Oklahoma.

Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b), plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 17th day of September 2013.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE